

If the answer to any of the above questions is "yes." describe each source of money and state the amount received from each during the past twelve months.   N/A

3. Do you own any cash, or do you have money in checking or savings account? ___ YES  XX NO  (Include any funds in prison accounts). If the answer is "yes" state the total value of items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? ___ YES  XX NO
If the answer is "yes" describe the property and state its approximate value.
    N/A

5. List the persons who are dependent upon you for support, state you relationship to those persons; and indicate how much you contribute toward their support.
    None

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2-27-98                    Guadalupe Castaneda
              Date                       Signature of Applicant

============================================================

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant herein has the sum of $ .83¢ on account to his credit at the  FCI Three Rivers, TX  institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: N/A

United States District Court          Felix Sanch Jr. Acctg Tech      United States District Court
Southern District of Texas                                             Southern District of Texas
ENTERED                                                                FILED
JUL 15 1998                           Authorized Officer of Institution   JUL 14 1998

============================================================

Michael N. Milby, Clerk of Court        ORDER OF COURT        Michael N. Milby, Clerk of Court
By Deputy Clerk

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees of the necessity of giving security thereof. |
| --- | --- |
|  | [signature]  7-14-98 |
| United States Judge    Date | United States Judge    Date |